IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PRECISION SEWER SERVICES, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| A TO U SERVICES, INC., et al. | : | No. 2:13-cv-2916 |

ORDER

AND NOW, this 30th day of April 2014, upon consideration of Defendants' communication with the Court (Doc. No. 28), is it is hereby ORDERED as follows:

1. Defendants' request to withdraw their third counterclaim, Doc. No. 28, is APPROVED.

2. Judgment is entered in favor of Defendants A to U Services, Inc., James Cleaver, and Diane Cleaver as to all of Plaintiff's claims and as to Defendants' counterclaim for declaratory judgment of non-infringement. (See Doc. No. 27.)

3. The Clerk of Court is directed to close this case for statistical purposes.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.

1